UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HBI INNOVATIONS, LLP,<br><br>Plaintiff,<br><br>-v.-<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | 26 Civ. 9380 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Plaintiff has submitted applications (i) to file under seal Schedule A to the Complaint, Exhibit 3 to the Declaration of Matthew Colvard, and Exhibit 1 to the Declaration of Yingchun Hou (Dkt. #11); and (ii) to submit an oversized brief in support of its motion for a temporary restraining order and preliminary injunction (Dkt. #12). Those applications are GRANTED.

The Clerk of Court is directed to terminate the pending motions at docket entries 11 and 12.

SO ORDERED.

Dated: October 30, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge